☐ ORIGINAL

Lynch J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
AMANDA OCASIO,                   :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :         STIPULATION AND ORDER
                                 :
MICHAEL J. ASTRUE,               :         08 Civ. 2016 (GEL)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - -x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 5, 2008 to and including July 7, 2008. This extension is requested because

MICROFILMED APR 1 7 2008 -12 00 PM

the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       April 9, 2008

                    PARTNERSHIP FOR CHILDREN'S
                    RIGHTS
                    Attorneys for Plaintiff

By: /s/ Michael D. Hampden
MICHAEL D. HAMPDEN, ESQ.
271 Madison Avenue, 17th Floor
New York, New York 10016
Telephone No: (914) 683-7999

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: /s/ Susan C. Branagan
SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2804
Susan.Branagan@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DTD: 4/16/2008