USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

[Southern District of New York]

Chambers Street
w York, New York 10007

uly 7, 2008

BY FAX
Honorable James C. Francis IV
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

# MEMO ENDORSED

Re: Amanda Ocasio v. Astrue
08 Civ. 2016 (GEL)(JCF)

Dear Judge Francis:

This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to inform the Court of recent events and to request an extension of defendant's time to answer or move with respect to the complaint.

Pursuant to the Court's order, defendant's motion for judgment on the pleadings is due today, July 7, 2008. The Commissioner has offered to remand this case for further administrative proceedings. Plaintiff has agreed in principle with a remand but the parties are currently negotiating the language to be included in the stipulation. To allow time for this process to be completed, I respectfully request a twenty-one day extension of time, to July 28, 2008, in which to answer or move with respect to the complaint. I have attempted to contact plaintiff's counsel by telephone to ask for his consent to this request but he has not yet returned my call.

Thank you for your consideration of this matter.

7/8/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: Susan C. Branagan

SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Michael D. Hampden, Esq.

TOTAL P.02