86 Chambers Street
New York, New York 10007

July 28, 2008

BY FAX
Honorable James C. Francis IV
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08

Re:  Amanda Ocasio v. Astrue
     08 Civ. 2016 (GEL)(JCF)

Dear Judge Francis:

This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to inform the Court of recent events and to request an extension of defendant's time to answer or move with respect to the complaint.

Pursuant to the Court's order, defendant's motion for judgment on the pleadings is due today, July 28, 2008. The Commissioner has offered to remand this case for further administrative proceedings. Plaintiff has agreed in principle to a remand but the parties are still negotiating regarding the language to be included in the stipulation. The parties have resolved all but one of the issues, the last of which requires me to seek more information from the Agency. To allow time for this process to be completed, I respectfully request a thirty-day extension of time, to August 27, 2008, in which to answer or move with respect to the complaint. Plaintiff has kindly consented to this request.

Thank you for your consideration of this matter.

7/29/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: Susan C. Branagan
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

cc: Michael D. Hampden, Esq.

TOTAL P.02